UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| ) | Case No. 21-cr-20301 |
| ) | Hon. Darrin Gayles |
| ) | |
| v. ) | |
| ) | |
| JESSICA PALACIO ) | |
| Defendant ) | |
| _____/ | |

## JESSICA PALACIO'S FIRST WITNESS LIST

1. Janelle Miron
2. Matt Todd
3. Rich Flagg
4. Claudia Burke
5. Dr. Roberto Blanco, M.D.
6. Doris San Martin
7. Richard Lyght, FDA
8. Elizabeth Salazar
9. Maria Jimenez
10. Maria Batista
11. Terri Ramos
12. Yurisnay Ramos
13. Yohanna Mesa
14. Patricia Inclan
15. Jaime Raventos
16. Felix Estevez

17. Moica Sanchez
18. Joseph Hern

                                                    Respectfully submitted,

                                                    */s/Andrew S. Feldman*
Feldman Firm PLLC
150 Southeast 2nd Avenue
Suite 600
Miami, Florida 33131
Office:           305.714.9474
Facsimile:     305.714.9555
Email: afeldman@feldmanpllc.com
FBN:             60325

*/s/ Marissel Descalzo*
Tache Bronis & Descalzo, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone:    (305) 537-9565
Facsimile:     (305) 537-9567
Florida Bar. No. 669318
mdescalzo@tachebronis.com
service_@tachebronis.com

*Attorneys for Jessica Palacio*

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this day, the foregoing was electronically transmitted via CM/ECF:

                                                */s/ Andrew S. Feldman*
**Andrew. S. Feldman**