UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CR-20301-GAYLES

UNITED STATES OF AMERICA,

v.

JESSICA PALACIO,

    Defendant.
_____/

**DEFENDANT PALACIO'S MOTION TO
EXTEND SELF-SURRENDER DATE UNTIL MARCH 10, 2023**

The Defendant, Jessica Palacio, hereby respectfully requests that this Honorable Court extend the Defendant's surrender date until **March 10, 2023**. In support thereof, the defendant states the following:

1. On January 12, 2023, the Court sentenced Ms. Palacio to 36 months incarceration in the Bureau of Prisons followed by 3 years of supervised release.

2. At the time of sentencing, the Court granted the Defendant's request for self-surrender which was unopposed by the government.

3. Ms. Palacio is set to surrender February 17, 2023.

4. Ms. Palacio has been out on bond since her arrest and has complied with each condition of her pretrial release.

5. Mrs. Palacio requires the additional time to step down from the business, Vista Health, which she helped build and which she has owned and managed since 2014. Mrs. Palacio is in the process of retaining outside counsel to assist with this process. Furthermore, there are significant meetings in late February and early March which Mrs. Palacio in connection with this process.

7. Pursuant to Local Rule 88.9(a) of the Unites States District Court for the Southern District of Florida, undersigned counsel hereby certifies that the parties conferred. The government has no objection to an extension of two (2) weeks but the government objects to three (3) week extension Mrs. Palacio requests here.

**WHEREFORE**, the Defendant, Jessica Palacio, moves this Honorable Court to grant this Motion to Extend Self-Surrender Date.

Respectfully submitted,

TACHE, BRONIS AND DESCALZO, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone:   (305) 537-9565
Facsimile:    (305) 537-9567

By: /s/ Marissel Descalzo
   **Marissel Descalzo, Esq.**
   Florida Bar. No. 669318
   mdescalzo@tachebronis.com
   service_@tachebronis.com

Andrew S. Feldman, Esq.
Florida Bar No. 060325
FELDMAN FIRM, PLLC
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone:   (305) 714-9474
Facsimile:    (305) 714-9555

*Counsel for Jessica Palacio*

## **CERTIFICATE OF SERVICE**

I CERTIFY THAT, on this date the undersigned served this Motion on all counsel of record via CM/ECF.

*/s/ Andrew S. Feldman*
**Andrew S. Feldman**
